UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE R. RODRIGUEZ,

    Plaintiff,

v.                                              Case No:  6:20-cv-678-Orl-78GJK

LATINOS MOTORS OF ORLANDO
INC., MATRIX AUTO SALES, INC., and
CARLOS M. ALDERETE,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. 10). United States Magistrate Judge Gregory J. Kelly submitted a report recommending this Court grant the Motion in part and deny it in part. (Doc. 11 at 6).

After a de novo review of the record, including the Joint Notice of Non-Objection (Doc. 12), this Court agrees with the analysis and findings in the Report and Recommendation (Doc. 11).

Therefore, it is **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and incorporated into this Order.

2. The Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. 10) is **GRANTED in part** and **DENIED in part**, as delineated in the Report and Recommendation.

3. The case is **DISMISSED with prejudice**. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record